# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VOGT,<br><br>    Plaintiff,<br><br>    v.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:17-cv-01580 LJO JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE |

The Court held an informal telephonic conference related to a discovery dispute that has arisen between the parties (Doc. 14). At the conference, counsel came to an understanding. Thus, the Court **ORDERS**:

1. Within one week, counsel for the defense will inquire of their client whether it objects to production of a blank personnel evaluation form used to evaluate Kathy Schmidt, Tamara Davis and Dr. Maryam Shapland from 2015 through 2018. Assuming there is no objection, the defendant may seek a protective order to restrict the dissemination of the document, but SHALL produce it no later November 25, 2018;

2. Assuming there is no objection to producing the blank personnel evaluation form, the entity SHALL also provide by November 25, 2018, a declaration indicating whether in 2017 there were any incentives, whether in the form of positive performance reviews, financial incentives or otherwise, to encourage Kathy Schmidt, Tamara Davis or Dr. Maryam Shapland to

deny claims in general or the claim at issue in particular.

3. If the matter remains unresolved after these efforts and those set forth in Local Rule 251, the plaintiff may file her motion to compel, as set forth in Local Rule 251(c), without further consultation with the Court.

IT IS SO ORDERED.

Dated: **November 9, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE