# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VOGT,<br><br>        Plaintiff,<br><br>   v.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 1:17-cv-01580 LJO JLT<br><br>ORDER DENYING STIPULATION TO AMEND THE CASE SCHEDULE<br>(Doc. 16) |

Despite the requirements of law and the Court's scheduling order (Doc. 7 at 7), the parties seek amendments to the case schedule without demonstrating good cause. Their mere conclusion that the "interests of justice" would be served by the amendments is insufficient. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 (9th Cir. 1992). Therefore, the stipulation is **DENIED**.

IT IS SO ORDERED.

   Dated: __**December 11, 2018**__            _____**/s/ Jennifer L. Thurston**_____
                                                                   UNITED STATES MAGISTRATE JUDGE