**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN VOGT, | Case No.: 1:17-cv-01580 LJO JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE |
| v. | (Doc. 18) |
| MINNESOTA LIFE INSURANCE COMPANY, | |
| Defendants. | |

The parties demonstrate that they have been unable to complete expert designations due to unanticipated circumstances and stipulate to extend the deadlines related to experts. **Good cause appearing, the Court ORDERS** the case schedule amended as follows:

1.  The parties **SHALL** disclose their experts no later than **January 31, 2019** and any rebuttal experts no later than **February 28, 2019**;

2.  The parties **SHALL** complete expert discovery no later than **March 28, 2019**;

3.  Non-dispositive motions **SHALL** be filed no later than **April 25, 2019** and heard no later than **May 13, 2019**.

IT IS SO ORDERED.

Dated: ___**December 14, 2018**___        ____**/s/ Jennifer L. Thurston**____
UNITED STATES MAGISTRATE JUDGE