MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
**DONAHUE & HORROW, LLP**
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff
**SUSAN VOGT**

ROBERT D. PHILLIPS, JR. (SBN 82639)
GILLIAN H. CLOW (SBN 298966)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Defendant
**MINNESOTA LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VOGT,<br><br>    Plaintiffs,<br><br>    v.<br><br>MINNESOTA LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No.: 1:17-cv-01580-LJO-JLT**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE DATE TO COMPLETE EXPERT DISCOVERY FROM APRIL 30, 2019 TO MAY 31, 2019**<br>(Doc. 27) |

1     WHEREAS, on February 26, 2018, the Court entered a Scheduling Order in this case (Dkt. 7);

    WHEREAS, on December 14, 2018, the Court granted the Parties' Stipulation to Extend the Deadline to Designate Experts by 45 Days, requiring the completion of expert discovery by March 28, 2019 (Dkt. 19);

    WHEREAS, the Parties have designated expert witnesses and rebuttal expert witnesses, and the experts have provided their reports in compliance with the Court's Scheduling Order and the Federal Rules;

    WHEREAS, on January 3, 2019 Minnesota Life filed its Motion for Summary Judgment in this Action (Dkt. 20), with a hearing date set for February 14, 2019;

    WHEREAS, on February 8, 2019 this Court took the Motion for Summary Judgment under submission;

    WHEREAS, on March 14, 2019 the Parties filed their first stipulation seeking an extension of the March 28, 2019 deadline to complete expert discovery (Dkt. 26), for the same reasons set forth in this stipulation;

    WHEREAS, based on a showing of good cause, this Court entered the Parties' prior stipulation on March 15, 2019 (Dkt. 27) extending the deadline to complete expert discovery to April 30, 2019;

    WHEREAS, the circumstances supporting the Court's previous good cause determination to enter the Parties' stipulation remain unchanged;

    WHEREAS, to date, the Court has not issued a ruling on Minnesota Life's Motion for Summary Judgment;

    WHEREAS, three of the four expert witnesses are located out of state – in Minnesota, Michigan, and Maine, respectively, and coordinating their depositions would require costly travel arrangements and time;

    WHEREAS, the outcome of the Court's ruling on Minnesota Life's Motion for Summary Judgment could either educate the necessary deposition testimony or render unnecessary certain witnesses entirely;

WHEREAS, in the interest of preserving the Parties' resources, the Parties have agreed to a brief continuance of the deadline by which to complete expert discovery, so that the Court may issue a ruling in advance of the deadline;

WHEREAS, good cause is warranted for the continuance because without one, the Parties – through no fault or delay of their own – will incur significant costs in preparing and traveling for expert depositions, and such costs may be unnecessary or substantially lower depending on the outcome of the Court's ruling on Minnesota Life's Motion for Summary Judgment;

WHEREAS, good cause is also warranted for the continuance because due to medical unavailability, counsel for Minnesota Life is unable to travel until the beginning of May;

WHEREAS, a short extension of the deadline will not jeopardize the trial date or related trial preparation. On the other hand, if the parties are required to complete expert discovery without the benefit of the Court's ruling, significant costs will be incurred that may make the possibility of further settlement negotiations following the hearing on dispositive motions more challenging;

WHEREAS, this is the Parties' third request to extend the deadlines set forth in the Court's February 26, 2018 Scheduling Order.

**IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to the approval of the Court, that:

1. The following deadlines shall be modified as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Expert Discovery | 4/30/19 | 5/31/19 |
| Non-Dispositive Motion Filing | 5/2/19 | 6/3/19 |
| Non-Dispositive Motion Hearing | 5/30/19 | 7/1/19 |

2. All other dates and provisions in the Scheduling Order shall remain in effect.

| | | |
|---|---|---|
| DATED: April 12, 2019 | | ROBERT D. PHILLIPS, JR.<br>GILLIAN H. CLOW<br>**ALSTON & BIRD LLP** |

/s/ Gillian H. Clow
    Gillian H. Clow

Attorneys for Defendant
**MINNESOTA LIFE INSURANCE COMPANY**

DATED: April 12, 2019    MICHAEL B. HORROW
NICHOLE D. PODGURSKI
**DONAHUE & HORROW, LLP**

/s/ Nichole D. Podgurski
    Nichole D. Podgurski

ATTORNEYS FOR PLAINTIFF
**SUSAN VOGT**

<u>Attestation</u>: I, Gillian H. Clow, hereby attest that I have received the consent of Nichole D. Podgurski to file this document and that she concurs with this document's contents.

## **ORDER**

Upon reading the Stipulation of the parties, and good cause appearing, the Court **GRANTS** the stipulation. However, counsel are advised that no further stipulations to amend the case schedule will be entertained and the Court WILL NOT continue the trial nor the pretrial conference because expert discovery has been delayed.

IT IS SO ORDERED.

Dated:    **April 12, 2019**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE