MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
**DONAHUE & HORROW, LLP**
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff
**SUSAN VOGT**

ROBERT D. PHILLIPS, JR. (SBN 82639)
GILLIAN H. CLOW (SBN 298966)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Defendant
**MINNESOTA LIFE INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VOGT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINNESOTA LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No.: 1:17-cv-01580-LJO-JLT**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING IN PART STIPULATION TO CONTINUE THE DATE TO COMPLETE EXPERT DISCOVERY AND TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>(Doc. 35) |

| | |
|---|---|
| 1 | WHEREAS, on February 26, 2018, the Court entered a Scheduling Order in this case (Dkt. 7); |
| 2 | |
| 3 | WHEREAS, on December 14, 2018, the Court granted the Parties' Stipulation to Extend the Deadline to Designate Experts by 45 Days, requiring the completion of expert discovery by March 28, 2019 (Dkt. 19); |
| 4 | |
| 5 | |
| 6 | WHEREAS, the Parties have designated expert witnesses and rebuttal expert witnesses, and the experts have provided their reports in compliance with the Court's Scheduling Order and the Federal Rules; |
| 7 | |
| 8 | |
| 9 | WHEREAS, on January 3, 2019 Minnesota Life filed its Motion for Summary Judgment in this Action (Dkt. 20), with a hearing date set for February 14, 2019; |
| 10 | |
| 11 | WHEREAS, on February 8, 2019 this Court took the Motion for Summary Judgment under submission; |
| 12 | |
| 13 | WHEREAS, to avoid the possibility of incurring unnecessary expenses related to expert discovery prior to receiving the Court's ruling on Minnesota Life's Motion for Summary Judgment, the Parties had further stipulated to continue the expert discovery deadline to May 31, 2019 (Dkt. 30); |
| 14 | |
| 15 | |
| 16 | |
| 17 | WHEREAS, on May 21, 2019 this Court ruled on Minnesota Life's Motion for Summary Judgment (Dkt. 33); |
| 18 | |
| 19 | WHEREAS, immediately after the Court issued its ruling on Minnesota Life's Motion for Summary Judgment, the Parties have been working together and in good faith to schedule the expert depositions on the first available date for both counsel and each expert witnesses; |
| 20 | |
| 21 | |
| 22 | |
| 23 | WHEREAS, the Parties have agreed to take the depositions of the three out-of-state witnesses via videoconference, in order to accelerate the schedule; |
| 24 | |
| 25 | WHEREAS, given the availability of counsel and the expert witnesses, the depositions may not be completed by the current date; |
| 26 | |
| 27 | WHEREAS, the Parties have agreed that the depositions will occur on the following dates, subject to final confirmation from the witnesses: |
| 28 | |

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE TO COMPLETE EXPERT DISCOVERY
AND TO CONTINUE PRE-TRIAL CONFERENCE

Laura Parker – June 20, 2019 (via videoconference)

Dr. Marvin Pietruszka - June 28, 2019

Dr. Shapland – July 1, 2019 (via videoconference)

WHEREAS, the Parties are meeting and conferring regarding their availability for the depositions of Barbara Mueller but in any event will work together to complete this deposition by the 3rd of July;

WHEREAS, good cause is warranted for the continuance because the Parties diligently scheduled the depositions of the expert witnesses to occur on their first available dates as soon as they received the Court's ruling on Minnesota Life's Motion for Summary Judgment; and without a continuance, the Parties will be deprived of the ability to conduct expert depositions;

WHEREAS, good cause also exists to grant the continuance of the pre-trial conference, or a date soon thereafter on the Court's calendar, to accommodate the fact Plaintiff's counsel will be out of the state on July 24, 2019. The parties request that the pre-trial conference be continued to August 14, 2019, or a date thereafter that is convenience for this court's calendar. Further, the parties submit that this request is being made in good faith and not for the purposes of delay. The parties do not wish to continue the trial date and therefore are requesting that the pretrial conference be moved to a date where all parties can be present;

WHEREAS, this is the Parties' fifth request to extend the deadlines set forth in the Court's February 26, 2018 Scheduling Order.

**IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to the approval of the Court, that:

The following deadlines shall be modified as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Expert Discovery | 5/31/19 | 7/3/19 |
| Non-Dispositive Motion Filing | 6/3/19 | 7/10/19 |
| Non-Dispositive Motion Hearing | 7/1/19 | 8/7/19 |

| Pre-Trial Conference | 7/24/19 | 8/14/19 |

DATED: June 3, 2019　　　ROBERT D. PHILLIPS, JR.
　　　　　　　　　　　　　GILLIAN H. CLOW
　　　　　　　　　　　　　**ALSTON & BIRD LLP**

　　　　　　　　　　　　　/s/ Gillian H. Clow
　　　　　　　　　　　　　　　　　　　Gillian H. Clow

　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　**MINNESOTA LIFE INSURANCE COMPANY**

DATED: June 3, 2019　　　MICHAEL B. HORROW
　　　　　　　　　　　　　NICHOLE D. PODGURSKI
　　　　　　　　　　　　　**DONAHUE & HORROW, LLP**

　　　　　　　　　　　　　/s/ Nichole D. Podgurski
　　　　　　　　　　　　　　　　　　　Nichole D. Podgurski

　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　**SUSAN VOGT**

Attestation: I, Gillian H. Clow, hereby attest that I have received the consent of Nichole D. Podgurski to file this document and that she concurs with this document's contents.

**ORDER**

The Court appreciates why additional time is needed, so it will grant the request to extend the deadline to complete expert discovery. However, the Court cannot accommodate the request to continue the pretrial conference because doing so would leave insufficient time for the pretrial activities. The parties may stipulate to advance the conference or to continue it for a shorter period. Counsel are advised that they are authorized—and indeed, encouraged—to appear at the pretrial conference by telephone. Thus, the Court **ORDERS**:

1.　The request to extend the expert discovery period to July 3, 2019 is **GRANTED**;

2.　The request to continue the deadlines to file non-dispositive motions (related **only** to expert discovery) to July 10, 2019 and to hear the motions to August 7, 2019 is **GRANTED**;

///

///

///

3.    The request to continue the pretrial conference is **DENIED without prejudice**.

IT IS SO ORDERED.

Dated: __**June 6, 2019**__                    __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE