# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VOGT,<br><br>        Plaintiff,<br><br>    v.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 1:17-cv-01580 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 39) |

The parties report they have settled the matter. (Doc. 39) They indicate they will seek dismissal of the action within 45 days. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 16, 2019**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **June 28, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE